IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHIMEKA RANDLE                                                                                          PLAINTIFF

v.                                         Civil No. 4:16-cv-04025

TEXARKANA HOUSING AUTHORITY, *et al*                                              DEFENDANTS

### ORDER

Before this Court is Plaintiff, Chimeka Randle's Motion for Service.  ECF No. 2.  The Court previously granted Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*.  ECF No. 6.  The Court now **GRANTS** Plaintiff's Motion for Service.

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on March 23, 2016 (ECF No. 1), and a copy of this order on Defendants by serving:

Texarkana Arkansas Housing Authority
911 Ferguson Street
Texarkana, AR 71854

RichSmith Development  LLC
9800 Maumelle Blvd
North Little Rock, AR  72113

without prepayment of fees and costs or security thereof.  Defendants are ordered to answer within twenty-one (21) days from the date of service

The Clerk is directed to prepare and issue a summons and an USM 285.

**IT IS SO ORDERED this 10th day of May 2016.**

                                          /s/ Barry A. Bryant
                                      HON. BARRY A. BRYANT
                                      U.S. MAGISTRATE JUDGE