IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHIMEKA RANDLE                                                                                              PLAINTIFF

vs.                                       Civil No. 4:16-cv-04025

TEXARKANA ARKANSAS
HOUSING AUTHIRITY, *et al*                                                                          DEFENDANTS

## ORDER

**BEFORE** the Court is the Plaintiff's Motion to Request Sanctions. ECF No. 19. Defendants' have responded. ECF No. 21, 22. Pursuant to the provisions of 28 U.S.C. § 636(b)(1) and (3) (2005), United States District Judge Susan O. Hickey referred this Motion to the undersigned for decision. The Court having reviewed the pleadings and arguments of counsel finds the Plaintiff's Motion to Request Sanctions (ECF No. 19) should be **DENIED**.

On March 23, 2016, Plaintiff filed her *pro se* Complaint against Defendants. ECF No. 1. On July 22, 2016, Plaintiff filed a Motion to Request Sanctions. ECF No. 19. In this Motion, it appears Plaintiff is requesting sanctions for failing to receive a copy of Defendants Motion to Dismiss. *Id.* There is no pending Motion to Dismiss filed by either Defendant, therefore there is no basis for seeking sanctions against Defendant.

**IT IS THEREFORE ORDERED** Plaintiffs' Motion to Request Sanctions (ECF No. 19) is hereby **DENIED**.

**ENTERED this 5th day of August 2016.**

                                                      s/ Barry A. Bryant
                                                      HON. BARRY A. BRYANT
                                                      U. S. MAGISTRATE JUDGE