IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHIMEKA RANDLE                                                                                          PLAINTIFF

VS.                                            CASE NO. 16-CV-4025

TEXARKANA ARKANSAS
HOUSING AUTHIRITY, *et al*.                                                                      DEFENDANTS

### **ORDER**

Before the Court is the Report and Recommendation filed on August 5, 2016 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 23).  Judge Bryant recommends that Plaintiff's Motion for Default Judgment (ECF No. 17) be denied.  The parties have not filed objections to the Report and Recommendation, and the time to object has passed.  *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*.  Plaintiff's Motion for Default Judgment (ECF No. 23) should be and hereby is **DENIED**.

**IT IS SO ORDERED**, this 23rd day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge