IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHIMEKA RANDLE                                                                                          PLAINTIFF

v.                                              CASE NO. 4:16-cv-4025

TEXARKANA ARKANSAS
HOUSING AUTHORITY and
RICHSMITH DEVELOPMENT, LLC                                                            DEFENDANTS

**ORDER**

On December 5, 2016, the Court entered a show cause order (ECF No. 27) to Plaintiff for failure to participate in the framing of a discovery plan, specifically for not participating with Defendants in filing a timely joint Rule 26(f) report.  The order gave Plaintiff until December 22, 2016, to show cause to the Court why she failed to participate in the framing of a discovery plan. Plaintiff has failed to contact the Court or show cause why this action should not be dismissed. Therefore, Plaintiff's lawsuit against Defendants is dismissed without prejudice.  *See* Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED**, this 6th day of February, 2017.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge